B. S. Handwork et al., Appellants, v. Standard Galvanizing Company et al., Appellees.

Gen. No. 43,797.

opinion filed June 20, 1949; released for publication July 18, 1949. Daily, Dines, White & Fiedler, for appellants; Homer D. Dines, Joseph A. Conerty and Donovan Y. Erickson, of counsel; Owens & Owens, for appellees; Thomas L. Owens and Vincent G. Rinn, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full.